

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-14-00083-CR

## IN RE RAYMOND CHARLES LIGHTS

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator, Raymond Charles Lights, a prison inmate, seeks a mandamus from this Court to compel a trial court judge from Harris County to hear and rule on Lights's petition for writ of habeas corpus, mailed to the Harris County district court in January.

We have no jurisdiction over Harris County district judges. *See* TEX. GOV'T CODE ANN. § 22.201(k) (West Supp. 2013).

Lights's petition for writ of mandamus is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 3, 2014
Do not publish
[OT06]